JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCEL HUTCHERSON,<br><br>   Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>   Respondent. | Case No. CV 15-05259-KES<br><br>**JUDGMENT** |

  IT IS HEREBY ADJUDGED that, for the reasons set forth in the Memorandum Opinion and Order, the decision of the Commissioner of the Social Security Administration is affirmed and this action is dismissed with prejudice.

DATED: May 17, 2016

              /s/ Karen E. Scott
              KAREN E. SCOTT
              UNITED STATES MAGISTRATE JUDGE